UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **SHONDEL LAMAR LARKIN,** | ) | NO. CV 08-7117-DSF(CT) |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| **JAMES YATES, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

   Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

   IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: 2/23/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE